IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCoy, Duffy

Printed: 12/13/07

Case Number: 07 B 12685
Judge: Hollis, Pamela S
Filed: 7/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 29, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 750.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 709.50 |
| Trustee Fee: |  | 40.50 |
| Other Funds: |  | 0.00 |
| Totals: | 750.00 | 750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,314.00 | 709.50 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 15,350.00 | 0.00 |
| 4. | Harris Trust & Savings Bank | Secured | 15,000.00 | 0.00 |
| 5. | World Savings & Loan Associati | Secured | | No Claim Filed |
| 6. | Chesterfield Mortgage Investors Inc. | Secured | | No Claim Filed |
| 7. | ShoreBank | Secured | | No Claim Filed |
| 8. | Fifth Third Bank | Secured | | No Claim Filed |
| 9. | Bank Of America | Unsecured | | No Claim Filed |
| 10. | Citibank | Unsecured | | No Claim Filed |
|  |  |  | $ 31,664.00 | $ 709.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 40.50 |
|  | $ 40.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McCoy, Duffy | Case Number:  07 B 12685 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/13/07 | Filed:  7/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____